■ The People of the State of New York, Respondent, v Bernard Watson, Appellant.—Judgment of the County Court, Westchester County (Marasco, J.), rendered August 26, 1982, affirmed. (See, People v Kazepis, 101 AD2d 816.) Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.